**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| TAYLOR FARMS CALIFORNIA, INC.; RATTO BROS., INC.; GO-FRESH PRODUCE, INC.; CHAMP'S MUSHROOMS, INC.; NORTH AMERICAN PRODUCE; MOUNTAIN MEADOW MUSHROOMS, INC..; COAST CITRUS DISTRIBUTORS, INC., d/b/a COAST TROPICAL d/b/a OLYMPIC FRUIT & VEGETABLE DISTRIBUTORS; UMINA BROS., INC.; INTERFRESH, INC.; VALLEY FRUIT & PRODUCE; TAYLOR FARMS PACIFIC, INC., and JACOBS MALCOLM & BURTT, BAY AREA HERBS & SPECIALITIES, LLC; PROGRESSIVE PRODUCE CORPORATION; AND BAY AREA PRODUCE, INC.<br><br>Plaintiffs,<br><br>vs.<br><br>JC PRODUCE, LLC, a California limited liability company,<br><br>Defendants.<br>_____<br>LJ DISTRIBUTORS, INC., a California corporation, d/b/a TEAM TOMATO,<br><br>  Plaintiff in Intervention,<br>_____ | Case No. 2:08-CV-02657 MCE-EFB<br><br>**ORDER ON STIPULATION FOR INTERVENTION OF LJ DISTRIBUTORS, INC.**<br>[Hon. Morrison C. England, Jr.] |

The Court having received the Stipulation of Plaintiffs and Plaintiff in Intervention LJ Distributors, Inc., and having reviewed the same, finds good cause to authorize said proposed intervention; therefore:

///

///

///

1.

1    IT IS ORDERED that Plaintiff-in-Intervention LJ DISTRIBUTORS, INC.,  be and hereby
2  is authorized to file its proposed Complaint in Intervention attached as Exhibit 1 to said stipulation,
3  and, upon the payment of any filing fees rquired therefor, said Complaint in Intervention is ordered
4  filed. Said Complaint in Intervention to be filed not later than twenty (20) days after the date of this
5  order.

6   Dated:  November 18, 2008

8                                         MORRISON C. ENGLAND, JR.
9                                         UNITED STATES DISTRICT JUDGE

2.