Lawrence H. Meuers (SBN 197663)
MEUERS LAW FIRM, P.L.
5395 Park Central Court
Naples, FL 34109
Telephone: (239) 513-9191
Facsimile: (239) 513-9677

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| TAYLOR FARMS CALIFORNIA, INC., et al.; | Case No. CV 08-02657 MCE-EFB |
| Plaintiffs, | |
| LJ DISTRIBUTORS, INC., a California corporation, d/b/a TEAM TOMATO, | |
| Intervening Plaintiff, | |
| v. | |
| JC PRODUCE, LLC, a California limited liability company, | |
| Defendant. | |
| MONTEREY MUSHROOMS, INC.; HENRY AVOCADO CORPORATION; MAUI FRESH INTERNATIONAL, LLC; FRIEDA'S, INC; and AMBER FOODS, INC., | |
| Intervening Plaintiffs, | |
| v. | |
| JC PRODUCE, LLC, a California limited liability company, | |
| Defendant. | |

Order Granting Intervening Plaintiffs' Stipulation for Leave to Intervene      Page 1 of 2

PDF created with pdfFactory trial version www.pdffactory.com

### ORDER GRANTING INTERVENING PLAINTIFFS' STIPULATION FOR LEAVE TO INTERVENE

Before this Court is the Stipulation for Leave to Intervene filed by the Monterey Mushrooms Group, Taylor Farms Group, LJ Distributors, Inc. d/b/a Team Tomato, and Defendant, JC Produce, LLC. Having considered the Stipulation and being otherwise fully advised in the premises,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. The Stipulation for Leave to Intervene is granted.

2. The Monterey Mushrooms Group must file its Complaint in Intervention within five (5) business days of the date this order is signed.

**DATED: January 26, 2009**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

**Copies furnished to: All counsel and parties in interest**

PDF created with pdfFactory trial version www.pdffactory.com