UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TAYLOR FARMS CALIFORNIA, et al.,

        Plaintiffs,

    v.

JC PRODUCE, LLC,

        Defendant.
_____/

NO. CIV. S-08-2657 LKK/GGH

O R D E R

A status conference was held in chambers on June 29, 2009. After hearing, the court orders as follows:

1. A further status conference is set for October 5, 2009 at 1:30 p.m.

IT IS SO ORDERED.

DATED: June 30, 2009.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1