**HEFNER, STARK & MAROIS, LLP**
Ronald H. Sargis (CA Bar Assn. No. 105173)
2150 River Plaza Drive, Suite 450
Sacramento, CA 95833-3883
Telephone: (916) 925-6620
Fax No: (916) 925-1127
Email: Rsargis@hsmlaw.com

Attorneys fo Defendant
JC PRODUCE, LLC

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**(Sacramento Division)**

| | |
|---|---|
| Taylor Farms California, et al., <br>       Plaintiffs. <br><br> v. <br><br> JC Produce, LLC, a California limited liability company, <br><br>       Defendant. | Case No. 2:08-CV-02657-LKK-GGH <br><br><br> **OMNIBUS ORDER #3 APPROVING PACA TRUST CLAIM STIPULATIONS** |
| LJ Distributors, Inc., a California corporation, d/b/a Team Tomato <br><br>       Plaintiff in Intervention. <br><br> v. <br><br> JC Produce, LLC <br><br>       Defendant. | |
| Monterey Mushrooms, Inc.; Henry Avocado Corporation; Maui Fresh International, LLC; Frieda's Inc.; and Amber Foods, Inc. <br><br>       Plaintiffs in Intervention. <br> v. <br><br> JC Produce, LLC <br><br>       Defendant. | |

///
///

HEFNER, STARK & MAROIS, LLP
Sacramento, California

1

HEFNER, STARK & MAROIS, LLP
Sacramento, California

Pursuant to the terms of the Amended Order Establishing PACA Trust Disbursement Authorization Procedure in the above captioned matter (the "PACA Claims Order"), written stipulations between JC Produce, LLC and each of the PACA Trust Claimants identified below having been filed with this court, no objection to any of the stipulations identified below having been filed with the court, and good cause appearing,

**IT IS ORDERED** that pursuant to the terms of the PACA Claims Order entered in this case, each of the stipulations identified below are approved and each stipulated amount is the allowed PACA Trust Claim of the identified PACA Trust Claimant:

| PACA Trust Claimant | Stipulated Amount of PACA Trust Claim |
|---|---|
| 1.   Royal Vista Marketing | $ 14,806.00 |
| 2.   Go-Fresh Produce, Inc. | $ 50,000.00 |

Dated:   September 1, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2

Taylor Farms California, Inc. v. JC Produce, LLC          Omnibus Order #3 Approving PACA Trust Claim Stipulations
Case No. 2:08-CV-02657-LKK-GGH

G:\DOCS\Orders For Docketing\LKK\pldg omnibus order approving stipulations (III).wpd