UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TAYLOR FARMS CALIFORNIA, et al.,

        Plaintiffs,

    v.

JC PRODUCE, LLC,

        Defendant.

_____/

NO. CIV. S-08-2657 LKK/GGH

O R D E R

This action arises under the Perishable Agricultural Commodities Act ("PACA"), 7 U.S.C. §§ 499a-499t. On July 23, 2009, defendant JC Produce moved to resolve the claim asserted against it by Chong's Produce. That motion was noticed for hearing on August 31, 2009. Claimant Chong's Produce failed to respond to the motion and, after reviewing the evidence tendered in support, on August 26, 2009 the court granted the motion and denied the claim.

On August 31, 2009, claimant filed a document notifying the court of its inability to attend the hearing set for that date. In that document, claimant has tendered evidence that appears to

1

oppose defendant's motion.

Accordingly, the court construes claimant's August 31, 2009 filing as a motion for reconsideration of the court's August 26, 2009 order. The court ORDERS as follows:

1. Defendant's opposition or statement of non-opposition to the motion for reconsideration SHALL be filed and served not later than September 18, 2009.

2. Claimant Chong's Produce's reply, if any, SHALL be filed and served not later than September 25, 2009. At that time, the court will calendar a hearing if necessary.

IT IS SO ORDERED.

DATED: September 8, 2009.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2