UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TAYLOR FARMS CALIFORNIA,
et al.,

          NO. CIV. S-08-2657 LKK/GGH

    Plaintiffs,

  v.

O R D E R

JC PRODUCE, LLC,

    Defendant.
_____/

    A status conference was held in chambers on October 5, 2009. After hearing, the court orders as follows:

    1.  A further status conference is set for February 22, 2010 at 2:00 p.m.

    2.  The parties shall file updated status reports ten (10) days prior to the new status conference date.

    IT IS SO ORDERED.

    DATED: October 15, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1