UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TAYLOR FARMS CALIFORNIA, et al.,

        Plaintiffs,

   v.

JC PRODUCE, LLC,

        Defendant.
_____/

NO. CIV. S-08-2657 LKK/GGH

O R D E R

A status conference was held in chambers on October 5, 2009. After hearing, the court orders as follows:

1. A further status conference is set for February 22, 2010 at 2:00 p.m.

2. The parties shall file updated status reports ten (10) days prior to the new status conference date.

IT IS SO ORDERED.

DATED: October 15, 2009.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1