1  **HEFNER, STARK & MAROIS, LLP**
   Ronald H. Sargis (CA Bar Assn. No. 105173)
2  2150 River Plaza Drive, Suite 450
   Sacramento, CA 95833-3883
3  Telephone: (916) 925-6620
   Fax No: (916) 925-1127
4  Email: Rsargis@hsmlaw.com

5  Attorneys fo Defendant
   JC PRODUCE, LLC

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
(Sacramento Division)**

| | |
|---|---|
| Taylor Farms California, et al.,<br>　　　　Plaintiffs.<br>v.<br>JC Produce, LLC, a California limited liability company,<br>　　　　Defendant. | Case No. 2:08-CV-02657-LKK-GGH<br><br>**ORDER APPROVING STIPULATION TO SETTLE PACA TRUST CLAIM OF KINGSTON & ASSOCIATES MARKETING, LLC** |
| LJ Distributors, Inc., a California corporation, d/b/a Team Tomato<br>　　　　Plaintiff in Intervention.<br>v.<br>JC Produce, LLC<br>　　　　Defendant. | |
| Monterey Mushrooms, Inc.; Henry Avocado Corporation; Maui Fresh International, LLC; Frieda's Inc.; and Amber Foods, Inc.<br>　　　　Plaintiffs in Intervention.<br>v.<br>JC Produce, LLC<br>　　　　Defendant. | |

///

///

1

Taylor Farms California, Inc. v. JC Produce, LLC　　　　Order Approving PACA Trust Claim Kingston
Case No. 2:08-CV-02657-LKK-GGH

G:\DOCS\Orders For Docketing\LKK\pldg order approving kingston stipulation (set 4).wpd

Pursuant to the terms of the Amended Order Establishing PACA Trust Disbursement Authorization Procedure in the above captioned matter (the "PACA Claims Order"), the written stipulation between JC Produce, LLC and Kingston & Associates Marketing, LLC having been filed with this court, no objection to such stipulation having been filed with the court, and good cause appearing,

**IT IS ORDERED** that pursuant to the terms of the PACA Claims Order entered in this case, the stipulation between JC Produce, LLC and Kingston & Associates Marketing, LLC is approved and the stipulated PACA claim and final payment in the amount of $15,000.00 is the allowed for Kingston & Associates Marketing, LLC.

Dated: December 23, 2009.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT