**HEFNER, STARK & MAROIS, LLP**
Ronald H. Sargis (CA Bar Assn. No. 105173)
2150 River Plaza Drive, Suite 450
Sacramento, CA 95833-3883
Telephone: (916) 925-6620
Fax No: (916) 925-1127
Email: Rsargis@hsmlaw.com

Attorneys fo Defendant
JC PRODUCE, LLC

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
## (Sacramento Division)

| | |
|---|---|
| Taylor Farms California, et al., <br>     Plaintiffs. <br> v. <br> JC Produce, LLC, a California limited liability company, <br>     Defendant. | Case No. 2:08-CV-02657-LKK-GGH <br><br> **ORDER AUTHORIZING AMENDMENT OF COMPLAINT TO ADD INDIVIDUAL DEFENDANT, ADD ADDITIONAL PLAINTIFFS, AND FOR ENTRY OF FINAL JUDGMENT** <br><br> **EX PARTE** <br><br> Date: N/A <br> Time: N/A <br> Place: 501 "I" Street, 4th Floor <br>       Sacramento, CA <br>       Courtroom 4 <br> Judge: Hon. Lawrence K. Karlton |
| LJ Distributors, Inc., a California corporation, d/b/a Team Tomato <br>     Plaintiff in Intervention. <br> v. <br> JC Produce, LLC <br>     Defendant. | |
| Monterey Mushrooms, Inc.; Henry Avocado Corporation; Maui Fresh International, LLC; Frieda's Inc.; and Amber Foods, Inc. <br>     Plaintiffs in Intervention. <br> v. <br> JC Produce, LLC <br>     Defendant. | |

///

1 The Stipulation to Amend the First Amended Complaint, Complaints in Intervention, and
2 For Entry of Judgement filed by Taylor Farms California, Inc.; Ratto Bros., Inc., Go Fresh
3 Produce, Inc.: Champ's Mushrooms, Inc.; North American Produce; Mountain Meadow
4 Mushrooms, Inc.; Coast Citrus Distributors, Inc., d/b/a Coast Tropical d/b/a Olympic Fruit &
5 Vegetable Distributors; Umina Bros., Inc.; Interfresh, Inc.; Valley Fruit & Produce; Taylor
6 Farms Pacific, Inc; Jacob Malcolm & Burtt; Bay Area Herbs & Specialties, LLC; Progressive
7 Produce Corporation; Bay Area Produce, Inc.; Davalan Sales, Inc.; Forest Mushroom Food,
8 Inc.; Fruit Distributing Corporation; and Underwood & Wong Produce, Inc., plaintiffs
9 (collectively "Taylor Farm Plaintiffs"); LJ Distributors, Inc., plaintiff in intervention ("LJ Plaintiff
10 in Intervention"); Monterey Mushrooms, Inc.; Henry Avocado Corporation; Maui Fresh
11 International, LLC; Frieda's, Inc.; and Amber Foods, Inc. plaintiffs in intervention ("Monterey
12 Plaintiffs in Intervention"); JC Produce, LLC, defendant, and James P. Lennane, a defendant
13 to be named in the Second Amended Complaint have filed their Stipulation to the amendment
14 of the First Amended Complaint for the add James P. Lennane as a party defendant under the
15 Second Cause of Action and the entry of a judgment.  Upon the review of the Stipulation
16 executed by all parties to this action, the files in this case, the prior orders of this Court and
17 good cause appearing;

18 **IT IS ORDERED** that the Stipulation to amend the Second Cause of Action of the First
19 Amended Complaint filed by the Taylor Plaintiffs, Count 1 of the LJ Complaint in Intervention,
20 and Counts 1 and 2 of the Monterey Plaintiffs Complaint in Intervention to name James P.
21 Lennane as a defendant  is granted;

22 **IT IS FURTHER ORDERED** that the Stipulation to amend the Complaint in Intervention
23 filed by LJ Distributors, Inc. to add Pro*Act, LLC as an additional Plaintiff in intervention is
24 granted.  Pro*Act, LLC is represented in this case by the law firm McCarron & Diess, through
25 attorneys Steven McCarron and Maria Simon, and has made a general appearance in this
26 case through the Stipulation.
27 ///
28 ///

2

Taylor Farms California, Inc. v. JC Produce, LLC   Stipulation for Amendment of Complaint and Entry of Judgment
Case No. 2:08-CV-02657-LKK-GGH

G:\DOCS\Orders For Docketing\LKK\pldg amend complaint and for judgment Order final jc taylor.wpd

HEFNER, STARK & MAROIS, LLP
Sacramento, California

1 **IT IS FURTHER ORDERED** that the Stipulation to amend the Complaint in Intervention filed by the Taylor Farms Plaintiffs to add Davalan Sales, Inc., Forest Mushroom Food, Inc., Fruit Distributing Corporation; and Underwood & Wong Produce, Inc. as additional Plaintiffs is granted, and these additional Plaintiffs are represented by Rynn & Janowsky, LLP, counsel for the other Taylor Farms Plaintiffs in this Action.

**IT IS FURTHER ORDERED THAT** the Taylor Plaintiffs First Amended Complaint, LJ Complaint in Intervention, and the Monterey Plaintiffs Complaint in Intervention are each deemed to be respectively amended pursuant to this Order without the Plaintiffs and the Plaintiffs in Intervention filing any further amendments to the pleadings in this case; and

**IT IS FURTHER ORDERED THAT** judgment shall be entered in favor of the Plaintiffs and Plaintiffs in Intervention against defendants JC Produce, Inc. and James P. Lennane as set forth in the Stipulation.

Dated: January 25, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT