**HEFNER, STARK & MAROIS, LLP**
Ronald H. Sargis (CA Bar Assn. No. 105173)
2150 River Plaza Drive, Suite 450
Sacramento, CA 95833-3883
Telephone: (916) 925-6620
Fax No: (916) 925-1127
Email: Rsargis@hsmlaw.com

Attorneys fo Defendant
JC PRODUCE, LLC

HEFNER, STARK & MAROIS, LLP
Sacramento, California

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### (Sacramento Division)

| | |
|---|---|
| Taylor Farms California, et al.,<br>        Plaintiffs.<br>v.<br>JC Produce, LLC, a California limited liability company,<br>        Defendant. | Case No. 2:08-CV-02657-LKK-GGH<br><br>**JUDGMENT** |
| LJ Distributors, Inc., a California corporation, d/b/a Team Tomato<br>        Plaintiff in Intervention.<br>v.<br>JC Produce, LLC<br>        Defendant. | Date:  N/A<br>Time:  N/A<br>Place:  501 "I" Street, 4th Floor<br>        Sacramento, CA<br>        Courtroom 4<br>Judge: Hon. Lawrence K. Karlton |
| Monterey Mushrooms, Inc.; Henry Avocado Corporation; Maui Fresh International, LLC; Frieda's Inc.; and Amber Foods, Inc.<br>        Plaintiffs in Intervention.<br>v.<br>JC Produce, LLC<br>        Defendant. | |

///

The Stipulation by All Parties to Amend the First Amended Complaint and for Entry of Judgement having been filed with the Court, the Court having entered its Order allowing the Amendment to the First Amended Complaint, and good cause appearing;

**IT IS ADJUDGED, ORDERED AND DECREED** that judgment is granted for each of the Plaintiffs and Plaintiffs in Intervention for the following amounts:

1.    Judgment in the amount of $1,278.39 for Amber Foods, Inc., jointly and severally, against JC Produce, LLC and James P. Lennane.

2.    Judgment in the amount of $1,430.72 for Bay Area Herbs & Specialties, LLC, jointly and severally, against JC Produce, LLC and James P. Lennane.

3.    Judgment in the amount of $1,938.37 for Bay Area Produce, Inc. , jointly and severally, against JC Produce, LLC and James P. Lennane.

4.    Judgment in the amount of $8,778.31 for Champ's Mushrooms, Inc., jointly and severally, against JC Produce, LLC and James P. Lennane.

5.    Judgment in the amount of $129,587.72 for Champ's Mushrooms, Inc. against JC Produce, LLC.

6.    Judgment in the amount of $3,026.16 for Coast Citrus Distributors, Inc., d/b/a Coast Tropical d/b/a Olympic Fruit & Vegetable Distributors, jointly and severally, against JC Produce, LLC and James P. Lennane.

7.    Judgment in the amount of $444.01 for Davalan Sales, Inc., jointly and severally, against JC Produce, LLC and James P. Lennane.

8.    Judgment in the amount of $1,755.60 Forest Mushroom Food, Inc., jointly and severally, against JC Produce, LLC and James P. Lennane.

9.    Judgment in the amount of $484.20 for Fruit Distributing Corporation, jointly and severally, against JC Produce, LLC and James P. Lennane. jointly and severally, against JC Produce, LLC and James P. Lennane.

10.    Judgment in the amount of $1,528.28 for Frieda's, Inc., jointly and severally, against JC Produce, LLC and James P. Lennane.

///

11. Judgment in the amount of $5,600.09 for Go Fresh Produce, Inc., jointly and severally, against JC Produce, LLC and James P. Lennane.

12. Judgment in the amount of $4,465.77 for Henry Avocado Corporation, jointly and severally, against JC Produce, LLC and James P. Lennane.

13. Judgment in the amount of $4,591.00 for Interfresh, Inc., jointly and severally, against JC Produce, LLC and James P. Lennane.

14. Judgment in the amount of $1,666.92 for Jacob Malcolm & Burtt, jointly and severally, against JC Produce, LLC and James P. Lennane.

15. Judgment in the amount of $12,822.45 for LJ Distributors, Inc., jointly and severally, against JC Produce, LLC and James P. Lennane.

16. Judgment in the amount of $1,883.37 for Maui Fresh International, LLC, jointly and severally, against JC Produce, LLC and James P. Lennane.

17. Judgment in the amount of $15,505.06 for Monterey Mushrooms, Inc., jointly and severally, against JC Produce, LLC and James P. Lennane.

18. Judgment in the amount of $5,077.04 for Mountain Meadow Mushrooms, Inc., jointly and severally, against JC Produce, LLC and James P. Lennane.

19. Judgment in the amount of $27,001.00 for Mountain Meadow Mushrooms, Inc. against JC Produce, LLC.

20. Judgment in the amount of $16,383.38 for North American Produce, jointly and severally, against JC Produce, LLC and James P. Lennane.

21. Judgment in the amount of $109,161.70 for North American Produce against JC Produce, LLC.

22. Judgment in the amount of $21,632.88 for Pro*Act, LLC, jointly and severally, against JC Produce, LLC and James P. Lennane.

23. Judgment in the amount of $1,627.88 for Progressive Produce Corporation, jointly and severally, against JC Produce, LLC and James P. Lennane.

24. Judgment in the amount of $1,462.72 for Ratto Bros., Inc., jointly and severally, against JC Produce, LLC and James P. Lennane.

25. Judgment in the amount of $6,216.59 for Taylor Farms California, Inc., jointly and severally, against JC Produce, LLC and James P. Lennane.

26. Judgment in the amount of $3,860.07 for Taylor Farms Pacific, Inc, jointly and severally, against JC Produce, LLC and James P. Lennane.

27. Judgment in the amount of $2,458.28 for Umina Bros., Inc., jointly and severally, against JC Produce, LLC and James P. Lennane.

28. Judgment in the amount of $2,793.73 for Underwood & Wong Produce, Inc., jointly and severally, against JC Produce, LLC and James P. Lennane.

29. Judgment in the amount of $2,057.28 for Valley Fruit & Produce, jointly and severally, against JC Produce, LLC and James P. Lennane.

**IT IS FURTHER ADJUDGED, ORDERED AND DECREED** that each of the parties shall bear their own costs, expenses, and attorneys' fees in this action, and no additional amounts are awarded the Plaintiffs, Plaintiffs in Intervention, or Defendants.

Dated January 25, 2010

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT